```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03069
     LATRISA S JOHNSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
            Debtor
     SSN XXX-XX-3313


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 04/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/04/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------
CAPITAL ONE                  UNSECURED         792.14            .00              .00
ROUNDUP FUNDING LLC          UNSECURED         818.53            .00              .00
LITTON LOAN SERVICING        CURRENT MORTG       .00             .00              .00
LITTON LOAN SERVICING        MORTGAGE ARRE    6816.68            .00              .00
WELLS FARGO AUTO FINANCE     SECURED          7650.00         292.05           832.95
WELLS FARGO AUTO FINANCE     UNSECURED        9389.88            .00              .00
WFFINACCPT                   SECURED NOT I       .00             .00              .00
WFFINACCPT                   UNSECURED           .00             .00              .00
ROUNDUP FUNDING LLC          UNSECURED        1868.55            .00              .00
CINGULAR/AT&T                UNSECURED     NOT FILED             .00              .00
COMMONWEALTH EDISON          FILED LATE       448.58             .00              .00
COMCAST                      UNSECURED     NOT FILED             .00              .00
COMCAST                      UNSECURED     NOT FILED             .00              .00
ECAST SETTLEMENT CORP        UNSECURED        1465.42            .00              .00
HOUSEHOLD FINANCE CORPOR     UNSECURED        7695.55            .00              .00
ECAST SETTLEMENT CORP        UNSECURED        1183.75            .00              .00
AMERITECH CONSUMER           UNSECURED     NOT FILED             .00              .00
NICOR GAS                    UNSECURED         957.80            .00              .00
ECAST SETTLEMENT CORP        UNSECURED         361.46            .00              .00
SPRINT                       UNSECURED     NOT FILED             .00              .00
ROUNDUP FUNDING LLC          UNSECURED         596.63            .00              .00
WFNNB/AVE                    UNSECURED     NOT FILED             .00              .00
BRITTAN JOHNSON              NOTICE ONLY   NOT FILED             .00              .00
CITIMORTGAGE INC             CURRENT MORTG       .00             .00              .00
CITIMORTGAGE INC             SECURED NOT I       .00             .00              .00
LITTON LOAN SERVICING        MORTGAGE NOTI NOT FILED             .00              .00
LITTON LOAN SERVICING        NOTICE ONLY   NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY     3,496.50                         2,307.69
TOM VAUGHN                   TRUSTEE                                            290.47
DEBTOR REFUND                REFUND                                             184.62

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 03069 LATRISA S JOHNSON
```

```
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,907.78

PRIORITY                                              .00
SECURED                                            832.95
    INTEREST                                       292.05
UNSECURED                                             .00
ADMINISTRATIVE                                   2,307.69
TRUSTEE COMPENSATION                               290.47
DEBTOR REFUND                                      184.62
                         ---------------     ---------------
TOTALS                    3,907.78              3,907.78
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

　　Dated: 03/05/09

　　　　　　　　　　　　　　　　/s/ Tom Vaughn
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TOM VAUGHN
　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE